**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7834**

CHARLES LANGHAM,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever III, Chief District Judge.  (5:12-ct-03135-D)

Submitted:  February 14, 2013      Decided:  February 27, 2013

Before KING, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Langham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Langham appeals the district court's order dismissing without prejudice his Federal Tort Claims Act complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Langham v. United States, No. 5:12-ct-03135-D (E.D.N.C. Oct. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED